IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN SMITH,

    Plaintiff,                            No. CIV S-06-2174 DFL KJM P

    vs.

ROSANNE CAMPBELL,

    Defendant.                       <u>ORDER</u>

_____/

        Plaintiff, a state prisoner at Mule Creek State Prison, has filed a document styled "motion for preliminary injunction," seeking to prevent the denial of religious services. No other pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff's motion will be denied without prejudice. Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Plaintiff's October 2, 2006 motion for preliminary injunction is denied without
3 prejudice;

4    2. Plaintiff is granted thirty days from the date of service of this order to file a
5 complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil
6 Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned
7 this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also
8 submit, within thirty days from the date of this order, the application to proceed in forma
9 pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.
10 Plaintiff's failure to comply with this order will result in a recommendation that this matter be
11 dismissed; and

12    3. The Clerk of the Court is directed to send plaintiff the court's form for filing a
13 civil rights action, and the application to proceed in forma pauperis by a prisoner.

14 DATED:  October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp
smit2174.nocmp