IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH,<br>  Plaintiff,<br>vs.<br>ROSEANNE CAMPBELL,<br>  Defendant. | Case No. 2:06-cv-02174 JKS KJM P<br><br>ORDER |

 Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

 On November 21, 2006, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

 Specifically, the magistrate judge recommended dismissal because Plaintiff's Complaint demonstrated he had failed to exhaust administrative remedies. As Plaintiff admits to having failed to exhaust administrative remedies, and no excuse is apparent, the Court concurs in the magistrate judge's conclusion. Having reviewed the file and found the findings and recommendations to be supported by the record and by the magistrate judge's analysis, dismissal is appropriate.

 Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed November 21, 2006, are adopted in full;

2. This action is dismissed without prejudice; and

3. The Clerk shall enter judgment accordingly.

Dated this the 21st day of February 2008.

/s/ James K. Singleton, Jr.<br>**JAMES K. SINGLETON, JR.**<br>United States District Judge

1